**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE: SMITH & NEPHEW BIRMINGHAM HIP RESURFACING (BHR) HIP IMPLANT PRDOUCTS LIABILITY LITIGATION | MDL No. 2775<br>Master Docket No. 1:17-md-2775<br><br>JUDGE CATHERINE C. BLAKE |
| WILLIAM GOUVEIA and MARY GOUVEIA,<br><br>   Plaintiffs,<br><br>vs.<br><br>SMITH AND NEPHEW, INC.<br><br>   Defendant. | **DIRECT-FILED SHORT FORM COMPLAINT PURSUANT TO CASE MANAGEMENT ORDER NO. 5**<br><br>Civil Action No.: 1:21-cv-3239 |

**SHORT FORM COMPLAINT**

1. Plaintiff, William Gouveia states and brings this civil action in MDL No. 2775, entitled *In re: Smith & Nephew Birmingham Hip Resurfacing (BHR) Hip Implant Products Liability Litigation*. Plaintiff(s) [is/are] filing this Short Form Complaint pursuant to CMO No. 3, entered by this Court.

**PARTIES, JURISDICTION AND VENUE**

2. Plaintiff is a resident and citizen of Florida and claims damages as set forth below.

3. Plaintiff's Spouse Mary Gouveia is a resident and citizen of Florida and claims loss of consortium damages as set forth below.

4. Federal jurisdiction is proper based on diversity of citizenship.

5. The Federal District in which Plaintiff's initial implant took place: Northern District of Georgia.

6. The Federal District in which Plaintiff's revision(s) surgeries took place: Middle District of Florida.

1

7. Plaintiff brings this action *[check the applicable designation]*:

___X___ On behalf of [himself/herself];

~~_____ In a representative capacity as the _____ of the _____ having been duly appointed as the _____ by the _____ Court of _____. A copy of the Letters of Administration for a wrongful death claim is annexed hereto if such letters are required for the commencement of such a claim by the Probate, Surrogate or other appropriate court of the jurisdiction of the decedent.~~

*[Cross out if not applicable.]*

## FACTUAL ALLEGATIONS

8. On or about May 21, 2007, Plaintiff underwent surgery during which the Smith & Nephew BHR Resurfacing System was implanted into Plaintiff's RIGHT hip.

9. Plaintiff's RIGHT implant surgery was performed at Gwinnett Hospital System by Gary Levengood, MD.

10. Plaintiff underwent medically-indicated revision of the RIGHT hip implant on or about February 16, 2021.  ~~[OR: Plaintiff's medical provider(s) have recommended revision but Plaintiff has not been medically cleared to undergo revision surgery:_____(checkbox)]~~

11. Plaintiff's revision surgery was performed by David T. Watson at Tampa General Hospital.

12. Plaintiff suffered the following complications, injuries, and/or indications, some or all of which made revision surgery medically necessary: <u>including but not limited to, hip pain, swelling, difficulty walking, femoral neck fracture, elevated metal ion levels, pseudotumor, adverse tissue reaction, broken internal device and failed resurfacing device.</u>

13.     [IF BILATERAL]: Plaintiff's (LEFT/RIGHT) BHR implant surgery was performed at _____ by _____.

14.     [IF BILATERAL]: On or about _____, Plaintiff underwent surgery during which the Smith & Nephew BHR Resurfacing System was implanted into Plaintiff's (LEFT/RIGHT) hip.

15.     [IF BILATERAL]: Plaintiff underwent medically-indicated revision of the (LEFT/RIGHT) BHR hip implant on or about _____. [OR: Plaintiff's medical provider(s) have recommended revision but Plaintiff has not been medically cleared to undergo revision surgery:_____(checkbox)]

16.     [IF BILATERAL] Plaintiff's revision surgery was performed by _____ at _____.

17.     Plaintiff adopts the allegations of the Master Amended Consolidated Complaint ("MACC") filed August 11, 2017, and any and all amendments to the MACC.

18.     Notwithstanding the foregoing, Plaintiff does not adopt the following paragraphs of the MACC: _____.

19.     Notwithstanding the foregoing, Plaintiff additionally alleges that:

_____

_____

_____

_____

## ALLEGATIONS AS TO INJURIES

20. (a) Plaintiff claims damages as a result of (check all that are applicable):

☒ INJURY TO HERSELF/HIMSELF

☐ INJURY TO THE PERSON REPRESENTED

☐ WRONGFUL DEATH

☐ SURVIVORSHIP ACTION

☒ ECONOMIC LOSS

(b) Plaintiff's spouse claims damages as a result of (check all that are applicable):

*[Cross out if not applicable.]*

☒ LOSS OF SERVICES

☒ LOSS OF CONSORTIUM

21. Defendant, by its actions or inactions, proximately caused the injuries to Plaintiff(s).

## DEFENDANT-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY

22. The following claims and allegations are asserted by Plaintiff(s) and are herein adopted by reference under the laws of the following state (check all that are applicable):

☒ COUNT I   (strict products liability: Florida)

☒ COUNT II  (negligence: Florida)

☒ COUNT III  (strict products liability failure to warn: Florida)

☒ COUNT IV  (negligent failure to warn: Florida)

☒ COUNT V  (negligent misrepresentation: Florida)

☒ COUNT VI  (negligence per se: Florida)

☒ COUNT VII  (breach of express warranties: <u>Florida</u>)

☒ COUNT VIII  (manufacturing defect: <u>Florida</u>)

☒ COUNT IX  (punitive damages: <u>Florida</u>)

In addition to the above, Plaintiff(s) assert the following additional causes of action under applicable state law:

Post- Sale Duty to Warn under Florida

_____

_____

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff(s) pray for judgment against Defendant as follows:

1. For compensatory damages;
2. Pre-judgment and post-judgment interest;
3. Statutory damages and relief of the state whose laws will govern this action;
4. Costs and expenses of this litigation;
5. Reasonable attorneys' fees and costs as provided by law;
6. Equitable relief in the nature of disgorgement; and
7. All other relief as the Court deems necessary, just and proper.

///

///

///

///

///

///

5

## **JURY DEMAND**

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff(s) hereby demand(s) a trial by jury as to all claims in Complaint so triable.

Dated: December 21, 2021                                   Respectfully submitted,


/s/ Jessica Williams
JESSICA WILLIAMS
GOMEZ TRIAL ATTORNEYS
John H. Gomez (CA SBN 171485)
Jessica S. Williams (CA SBN 314762)
655 West Broadway, Suite 1700
San Diego, CA 92101
Tel: (619) 237-3490
Fax: (619) 237-3496
*Attorneys for Plaintiff*